Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

Tampa Division

|  |  |
|---|---|
| Lucas David Seidman<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br><br>-v-<br><br>Hillsborough County Public School District<br>Hillsborough Sheriffs Office   13th District State Attorney<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.) | Case No. 8:26-CV-1059-SDM-AEP<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☑ Yes ☐ No<br><br>APR 18 2026 PM12:11<br>FILED - USDC - FLMD - TPA |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lucas Seidman |
| Street Address | 3108 N Boundary Blvd # 345 |
| City and County | Tampa    Hillsborough |
| State and Zip Code | FL    33621 |
| Telephone Number | 813 954 3907 |
| E-mail Address | TCL08@protonmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.



Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name Hillsborough County Public School District

Job or Title *(if known)*

Street Address

City and County Tampa Hillsborough

State and Zip Code FL

Telephone Number

E-mail Address *(if known)*


Defendant No. 2

Name Hillsborough County Sheriff's Office

Job or Title *(if known)*

Street Address

City and County Tampa Hillsborough

State and Zip Code FL

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name 13TH Judicial District STATE ATTORNEY

Job or Title *(if known)*

Street Address

City and County Tampa Hillsborough

State and Zip Code FL

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1983      2ND Amendment      10th Amendment
4th Amendment      14th Amendment
5TH Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

First, the school Board violated my 4th Amendment Rights. This was as a result of a policy that sought to deprive me of my 2nd Amendment Right. Then, the sheriffs department detained me, though there was no criminal conduct, and then falsely imprisoned me for 48 hours. (Page Attached)

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am suing these groups for all State Law violations in state court. I am suing here because the US Constitutional issues are more naturally heard in district court. I am suing for declaratory and injunctive relief against some of these ultra vires policies to stimulate systemic change and also for punitive damages of $250,000.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _8 April 2026_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Lucas Seidman_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Page 5 of 5

| Print | Save As... | Add Attachment | Reset |

III, Con't

Then the School District fired me, in violation of my 5th Amendment Rights

Then the State Attorney filed a felony charge, though the evidence did not warrant such a charge. Then the State Attorney violated my constitutional Rights to a speedy Trial, re-file as a misdemeanor and attempts to "reset the clock" based on the same conduct. We're only lucky certain judges are grown adults with a vested interest in us and state law or I might be in prison for something that is not a crime.

IV Cont.

I want the court to find, via 42 USC 1983, that the Hillsborough County Public School District violated my 2nd, 4th, 5th, & 14th Amendment rights, facilitating false Arrest, false Imprisonment, and even violation of Speedy Trial

I want the court to declare School District policies acting ultra vires of Preemptive State Law as in violation of the Occupational Health and Safety Act, wherein the parking lot is a part of the workplace and has been made unduly "dangerous", including the workday commute as employees must act in accordance with District policy to conform to a condition set forth for parking lots, thus making

commute "in support of..." the conforming to the workplace conditions – no different than ironing a uniform – and yet more dangerous for people who are unarmed.

IV (cont.) Alternatively, I want the court to find that 790.115, as applied to me and all Litigants, (particularly contract Educational staff) as related to parking does NOT SURVIVE A BRUEN TEST and must be stricken/deem or re-written so as not to deprive folks of their 2nd Amendment Rights.

These issues are of great public importance and these policies are being actively enforced in this District's jurisdiction.

IV. I want the court to declare there is one speedy trial clock for one conduct, which is a real trouble for all those under charges with Florida's new speedy trial rule under 42 USC 1983 AND 1985