UNITED STATES DISTRICT COURT
for the
Middle District of Florida
TAMPA DIVISION

APR 13 2026 PM 1:21
FILED - USDC - FLMD - TPA

Lucas Seidman

Plaintiff

CASE NO. 8:26-CV-1059-SDM-AEP

—v—

Hillsborough County Public Schools
Hillsborough County Sheriff's, 13th Judicial SAO

Defendant

Plaintiff's Motion For Judge To Allow
Usage of Electronic Filing System
For Case Participation

LUCAS DAVID SEIDMAN, CONDUCTING ITS OWN CASE
PURSUANT TO 28 USC 1654, HEREBY Requests Judicial
Authorization to utilize the PACER electronic
filing system so that he can, in his indigence,
more ably keep up with case movement. This
filing is made in good faith, requires no conferral,
is hopefully in a correct format, and shall have
been mailed along with a complaint on

13 April 2026.

Offered to the court in the pursuit of Justice,

Lucas Seidman

Conducting his own case

10 April 2026

Dear Clerk,

I dont know if it is possible but

as I am indigent, the best

way to correspond about this matter

is through email @

TCL08 @ protonmail.com

Thank you for your assistance,

Lucas Seidman

Conducty his own CASE

in forma pauperis