UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCAS DAVID SEIDMAN,

Plaintiff,

v. CASE NO. 8:26-cv-01059-SDM-AEP

HILLSBOROUGH COUNTY PUBLIC SCHOOL DISTRICT, HILLSBOROUGH COUNTY SHERIFF'S OFFICE, and 13th DISTRICT STATE ATTORNEY,

Defendants.
_______________________________/

**ORDER**

Lucas David Seidman, a *pro se* litigant, submits a sixteen-count complaint against the School Board of Hillsborough County, Sheriff Chad Chronister in his official capacity, and state attorney Susan Lopez in her official capacity. Also, Seidman moves (Doc. 2) to proceed *in forma pauperis*. The magistrate judge issues (Doc. 20) a report that recommends denying the motion to proceed *in forma pauperis* and recommends dismissing the complaint.

The report describes Seidman's claims as conclusory and finds that the "allegations of Plaintiff's Third Amended Complaint fail to state valid claims subject to the screening requirements of 28 U.S.C. § 1915." (Doc. 20 at 9) The report finds that the complaint's allegations "either fail to state a claim for which relief may be granted or bring claims against parties immune from suit." (Doc. 20 at 5) Objecting

(Doc. 21) to the report, Seidman declares that the complaint "is short and simple with enough information to apprise Defendants of the charges against them" and that Seidman's case "cannot be seen as baseless in its entirety, measured against other 'baseless' complaints." (Doc. 21 at 2)

Seidman's objection (Doc. 21) is **OVERRULED**, the well-reasoned report and the recommendation (Doc. 20) are **ADOPTED**, and the third amended complaint (Doc. 19) is **DISMISSED**. Seidman's motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**. The clerk must close the case.

ORDERED in Tampa, Florida, on October 19, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE